**Appeal Dismissed and Memorandum Opinion filed October 8, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00738-CV

---

**DAVID CASH MOORE, Appellant**

**V.**

**SHARON D. ALLEN, ET AL, Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73303I**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order granting a motion to strike appellant's pleadings to intervene in *Danny Jones v. Sharon D. Allen, et al*, (412th District Court, Brazoria County, Texas, trial court cause number 73301I), another inmate's case. A final order was signed July 21, 2014, when the trial court

dismissed Jones' case.[1]

On September 24, 2015, appellant filed "Appellant's Appellate Brief and Motion for Dismissal Without Prejudice or Alternative Relief." Appellant concedes his appeal as an intervenor is moot and states that he "abandons his appeal of the order dismissing his intervention." However, appellant requests that we remand his "portion of claims of retaliation" to the trial court.

The appealable order in the record before his court is the order granting the motion to strike appellant's plea in intervention. Because appellant abandons his appeal of that order, we order the appeal dismissed. All other requested relief is denied.

PER CURIAM

Panel consists of Justices Boyce, Busby and Brown.

---

[1] According to appellant, Jones has been paroled.